JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY KOCHLANI,**<br><br>                    PLAINTIFF,<br>V.<br><br>**NATURAL FACTORS NUTRITIONAL PRODUCTS, INC. aka NATURAL FACTORS,**<br><br>                    DEFENDANT. | Case No: 2:14-cv-01574-GAF-PJW<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>HON. GARY A. FEESS |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated: June 23, 2014                    _____

                                         HON. GARY A. FEESS
**JS-6**                                 UNITED STATES DISTRICT JUDGE